1   SAMUEL R. DIAMANT (SBN 288738)
    sdiamant@kslaw.com
2   KING & SPALDING LLP
    50 California Street, Suite 3300
3   San Francisco, California 94111
    Telephone: (415) 318-1200
4   Facsimile:  (415) 318-1300

5   LAWRENCE A. SLOVENSKY (*Pro Hac Vice*)
    lslovensky@kslaw.com
6   MATTHEW BRIGMAN (*Pro Hac Vice*)
    mbrigman@kslaw.com
7   KING & SPALDING LLP
    1180 Peachtree Street, NE
8   Suite 1600
    Atlanta, GA 30309
9   Telephone: (404) 572-4600
    Facsimile:  (404) 572-5100

10

11  *Attorneys for Plaintiff*
    BLACKHAWK NETWORK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BLACKHAWK NETWORK, INC.<br><br>              Plaintiff,<br><br>       v.<br><br>THALES DIS USA, INC.<br><br>              Defendant. | Case No. 4:21-cv-00756<br><br>Hon. Thomas S. Hixson<br><br>**PLAINTIFF BLACKHAWK NETWORK, INC.'S NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**FED. R. CIV. P. 41(a)(1)(A)(i)** |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Blackhawk Network, Inc. ("Blackhawk") hereby dismisses the above-referenced action against Defendant Thales DIS USA, Inc. ("Thales") with prejudice. (Blackhawk and Thales are collectively referred to herein as the "Parties".)

Each of the Parties shall bear its own costs and attorneys' fees, costs and expenses incurred in connection with the above-referenced action.

In light of the dismissal of this matter, Blackhawk respectfully requests that the Case Management Conference presently scheduled for June 17, 2021 be taken off calendar.

Dated: June 7, 2021

Respectfully submitted,

KING & SPALDING LLP

By: /s/ Lawrence A. Slovensky
    Lawrence A. Slovensky

Lawrence A. Slovensky (*Pro Hac Vice*)
lslovensky@kslaw.com
Matthew Brigman (*Pro Hac Vice*)
mbrigman@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Samuel R. Diamant
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Plaintiff*
Blackhawk Network, Inc.